AO 106 (Rev. 04/10) Application for a Search Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of California

FILED
SEP 06 2019
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                              DEPUTY

In the Matter of the Search of
*(Briefly describe the property to be searched or identify the person by name and address)*

1044 Ardilla Place, Chula Vista, California 91910; 2012 Cadillac CTS, CA plates 8BGR445, VIN 1G6DA5E52C0140199, Owner Marcos Romero

Case No. '19MJ 3825

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

Attachment A, incorporated herein by reference

located in the ___Southern___ District of ___California___, there is now concealed *(identify the person or describe the property to be seized)*:

Attachment B, incorporated herein by reference

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
- ☑ evidence of a crime;
- ☑ contraband, fruits of crime, or other items illegally possessed;
- ☐ property designed for use, intended for use, or used in committing a crime;
- ☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1324 | Alien Smuggling |
| 21 U.S.C. §§ 863, 844 | Drug Paraphernalia; Simple Possession |

The application is based on these facts:

See attached Affidavit of Agent Leonardo Contreras, incorporated herein by reference.

- ☑ Continued on the attached sheet.
- ☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

Leonardo Contreras, BPA-Intelligence
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 9/6/19

*Judge's signature*

City and state: San Diego, CA

Barbara L. Major, Magistrate Judge
*Printed name and title*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR SEARCH OF:<br><br>1044 Ardilla Place, Chula Vista, California 91910<br><br>2012 Cadillac CTS-8BGR445 VIN 1G6DA5E52C0140199 Registered Owner Marcos Romero | Mag. Case No.: _____<br><br>AFFIDAVIT OF U. S. BORDER PATROL AGENT Leonardo Contreras IN SUPPORT OF APPLICATION FOR A SEARCH WARRANT |

### **AFFIDAVIT**

1. I, Leonardo Contreras, United States Border Patrol Agent-Intelligence ("BPA-I"), having been duly sworn, hereby depose and state as follows:

2. I make this affidavit in support of an application for a search warrant in furtherance of a narcotics and alien smuggling investigation conducted by the United States Border Patrol for the following: (1) **TARGET RESIDENCE**: 1044 Ardilla Place, Chula Vista, California, 91910 and (2) **SUBJECT VEHICLE**: a 2012 blue Cadillac CTS bearing CA plate 8BGR445 (see Attachment A).

### **EXPERIENCE AND TRAINING**

3. I am a United States Border Patrol Agent-Intelligence with the United States Border Patrol. I have been a U.S. Border Patrol Agent since 2007, and was promoted to Border Patrol Agent-Intelligence in 2016. I am currently assigned to the San Diego Sector Campo Station Intelligence Team ("CAO SIT"). CAO SIT is tasked with

1

investigating, arresting, and prosecuting criminal smuggling organizations that utilize the Southern District of California as an operational corridor. CAO SIT agents deploy in plainclothes attire and drive unmarked agency vehicles.

4. I have participated in numerous criminal prosecutions of, or relating to, narcotic smuggling, immigration crimes, including alien smuggling. I have received specific training in narcotics and alien smuggling investigations. I have training and experience on the methods used by smugglers to bring narcotics or aliens into the United States without detection, transport narcotics or aliens to further their entry, and harbor aliens.

5. Through the course of my training, investigations, and conversations with other law enforcement personnel, I am aware that it is a common practice for narcotics and alien smugglers to maintain financial records, or ledgers; communication notes; lists of narcotics or aliens smuggled, along with smuggling fees paid or due; narcotics or alien smuggling proceeds; telephones and telephone numbers; money order and money order receipts; firearms and miscellaneous weapons, along with other evidence, which are kept in the immediate control and possession, such as the residence, of the narcotics and alien smugglers. Furthermore, smugglers communicate through the use of social media, such as Facebook, and electronic applications, such as WhatsApp, SnapChat, and Instagram, using their cellular telephones, tablets, or computers, because they offer encryption capability and the ability to access accounts using

different devices in the immediate control and possession of narcotics and alien smugglers.

## PURPOSE OF AFFIDAVIT

6. This affidavit is submitted in support of an application for the issuance of a search warrant for the following premises and vehicle, which are described in Attachment A: a single family home located at 1044 Ardilla Place, Chula Vista, California 91910, which is the known residence of Marcos ROMERO (**Target Residence**), and a blue Cadillac CTS bearing CA plate 8BGR445 registered to Marcos ROMERO (**Subject Vehicle**). A description of items to be seized is set forth in Attachment B, incorporated herein by reference. Because this affidavit is being submitted for the limited purposes of establishing probable cause to obtain a search warrant, I have not included every aspect of the investigation. In addition, the information contained in this affidavit is based upon personal knowledge, reviews of various official reports, conversations with other federal agents and law enforcement officers, and the testimony of persons mentioned in this affidavit.

## SUMMARY OF INVESTIGATION

7. Marcos ROMERO is the subject of a narcotics and alien smuggling investigation by the United States Border Patrol. He is being investigated for his role as a smuggling coordinator, including his involvement in: recruiting alien smuggling load drivers, drivers of scout vehicles, alien load house operators, money couriers for proceeds of narcotics and alien smuggling; coordinating with sponsors of smuggled aliens; collecting smuggling fees; and being an

3

intermediary between smuggling organizations from Mexico and the United States. ROMERO has also been implicated in the possession of controlled substances.

### SMUGGLING EVENTS ASSOCIATED WITH ROMERO

8. On June 08, 2019, Sy Sukiro MATSUDA was arrested for transporting three illegal aliens at the Indio Border Patrol Station. MATSUDA stated that he met an individual named Steve at a nightclub in downtown San Diego. He was offered weekend work by Steve. They exchanged information and Steve contact him and informed him that he would be smuggling illegal aliens. MATSUDA stated that he was going to be paid $1,000 USD for each person. Steve contacted him around 5 p.m. the day before he was arrested and instructed him to drive to Golden Acorn Casino. MATSUDA waited a couple of hours outside the casino until he was instructed to drive to Live Oaks Market, where he picked up the illegal aliens he was going to be smuggling. He then drove towards the Imperial Valley mall to fuel up but did not make contact with anyone. He was then instructed to drive westbound on Interstate 8 towards San Diego, then north on Imperial Highway. MATSUDA was instructed to provide his live location on Whatsapp multiple times. MATSUDA was later instructed to drive towards Julian, California but never made it that far.

9. MATSUDA consented to a search of his cellular phone. MATSUDA identified two phone numbers that were in contact with him during the smuggling event. One of the numbers, 619-554-6076, belongs to Steve, who originally recruited him. The other number, 619-519-6292, belongs to Marcos ROMERO and is associated with multiple smuggling

events as the smuggling recruiter. MATSUDA stated that he was provided instructions while being remote guided and shared his location with both numbers during his smuggling route.

10. On July 16, 2019, Border Patrol Agent ("BPA") Arturo Hernandez was assigned to Campo's Border Patrol Station's general area of responsibility in Campo, California. At approximately 9:40 a.m., while performing interdiction duties near Ribbonwood Road and High Pass Road in a marked Border Patrol unit, Agent Hernandez observed a single male driver, later identified as Yusuf Mohamed ALI (DOB 5/24/1999), driving a black Toyota Prius with approximately four individuals in the back seat. The Prius was bearing California license plate 8BIN165. As the vehicle passed Agent Hernandez's position a white truck pulled next to Agent Hernandez and the driver said he had just witnessed four or five individuals run from the bushes and into the black Prius that just passed. Agent Hernandez drove eastbound on the Interstate 8 ("I-8") in an attempt to locate the vehicle. Soon after that, Agent Hernandez saw the black Prius in the distance. As Agent Hernandez got closer to the Prius, ALI slowed down and turned signaled towards the shoulder of the road south of I-8. Agent Hernandez relayed via service radio that the vehicle might be pulling over to bailout. Bailout is a common term used by Border Patrol Agents when a car suddenly stops and the individuals inside exit the vehicle and run away to avoid apprehension.

11. The Prius came to a complete stop and several individuals jumped out of the car and ran towards the bushes south of I-8. Agent Hernandez relayed their direction of travel to all other agents on

his service radio. Once behind the Prius, Agent Hernandez activated his emergency lights and sirens, initiating a vehicle stop. Agent Hernandez saw ALI trying to close the back passenger door out of which the other individuals had exited. Agent Hernandez quickly approached the driver side and detained ALI for further questioning. At the Campo Border Patrol Station, ALI admitted to attempting to smuggle the group of four individuals and was arrested for violating 8 U.S.C. § 1324.

12. During the interview, ALI consented to a search of his cellphone, but limited the search and download to "Whats App" and "Snapchat."

13. ALI stated that a high school friend named Marcos ROMERO recruited him to smuggle illegal aliens over "Snap Chat." He positively identified Marcos ROMERO in a photo lineup. Marcos ROMERO informed ALI that if he did the "run" for him, ROMERO would pay ALI $1,000 per illegal alien. ALI was under the impression that he would have to pick the illegal aliens up and drive them to Costa Mesa, California. ALI was also informed that Marcos ROMERO would personally pay ALI for the job. Marcos ROMERO communicated with ALI through the telephone number 619-519-6292 and the "Whats App" identification name "marcosromeroyoo."

14. On July 16, 2019, Marcos ROMERO contact ALI and told him to drive out to the Live Oaks Springs market store located in Boulevard, California and to wait for a phone call to receive the pickup location. At approximately 9:15 a.m., ALI was told to share his location with Marcos ROMERO so ROMERO could have ALI's location in

6

real time. Shortly after sharing his location he received a call from a Mexican number (52 1 655 142 0179) and was given the pickup location for the illegal aliens. The pickup location on ALI's phone was "Cerca De" 39228-38700 CA-94, Boulevard CA 91905 and is known to Border Patrol Agents as "Fox Acres." The Mexican number that gave ALI the pickup location for the illegal aliens is associated with Christian HIRALES.

15. On August 24, 2019, Yesenia VARGAS-Berumen was arrested for smuggling five aliens near the Old Highway 80 checkpoint. At approximately 4:05 p.m., she gave a statement to BPA Andrew Ibarra.

16. VARGAS claimed that she met a man named "Antonio" through an old friend about 2 years earlier and that he recently contacted her through Snapchat. After building rapport with VARGAS, Antonio offered her $1,000 to pick up illegal aliens near the U.S./Mexico border. VARGAS said no, but two days later he called her back and offered her $1,600 to smuggle illegal aliens, and she said yes. VARGAS was sent the pick-up location address and coordinates by WhatsApp. VARGAS deleted all of her WhatsApp messages after reading them. While VARGAS was searching for the five illegal aliens near 34310 State Route 94 in Campo, California, a white Corvette was following her; the corvette disappeared after she picked up the illegal aliens. One of the other men in her car was in contact with a smuggler, who gave him directions. VARGAS claimed that Antonio told her to take the people in her to a spot on Highway 80, but that she lost reception and got scared so she dropped off the illegal aliens near the Old Highway 80 Border Patrol checkpoint.

17. VARGAS consented to a search of her phone. VARGAS identified two phone numbers that were in contact with her during the smuggling event. One of the numbers, 619-373-5066, belongs to Antonio, who originally recruited her. The other number, 619-519-6292, belongs to Marcos ROMERO and is associated with multiple smuggling events as the smuggling recruiter. VARGAS stated that she was given instructions while being remote guided and shared her location with both numbers during her smuggling route.

18. On August 29, 2019, agents were conducting surveillance at the Sandpiper Motel located at 1967 Newport Blvd., Costa Mesa, CA 92627. This motel is commonly used by alien smugglers to conduct "buy-outs." A "buy-out" is when an alien smuggler transfers a smuggled alien to a sponsor who has agreed to pay the smuggling fee. While conducting surveillance, agents observed the **SUBJECT VEHICLE** in the parking lot to the Sandpiper Motel outside room 101. Agents observed a suspected alien smuggler going into and out of motel room 101. At approximately 12:30 p.m., agents observed activity consistent with a "buy-out." One of the alleged smugglers, later identified as Sergio Anthony SANTIVANEZ, appeared to have delivered a smuggled alien to the suspected sponsors, who were waiting in a blue Honda Sedan with California license plate 7LFU815. SANTIVANEZ had exited the motel room with another person following behind him (later identified as Tomas AMADOR-Banos). SANTIVANEZ met with the occupants of the blue Honda sedan and a short time later they parted ways. SANTIVANEZ walked back to the motel room and Tomas AMADOR remained behind in the blue Honda sedan. Agents followed the blue Honda sedan

8

as it departed the area with Tomas AMADOR inside. Agents subsequently stopped the blue Honda Sedan on State Route 55 North.

19. The driver, later identified as Melesio BANOS-Aguilar, stated that they were in the Costa Mesa area to pick up his cousin, Tomas AMADOR-Banos, who had recently entered the United States illegally. BANOS admitted that he had just paid Tomas AMADOR's smuggler $8,000 at the motel. BPA-I Rahman asked BANOS what the alien smuggler was wearing and he said he recalled that he was wearing shorts that were possibly black. BANOS clarified that the person who handed the money to the alien smuggler was Lucas AMADOR, Tomas AMADOR's brothers. At approximately 12:37 p.m., BPA-I Rahman placed all occupants of the car under arrest and arranged their transportation to the Campo Border Patrol Station for further processing.

20. On August 30, 2019, at approximately, 2:43 a.m., CAO SIT was conducting surveillance of room 101 of the Sandpiper hotel, from which CAO SIT had witnessed illegal aliens exit and participate in a "buy out" and earlier in the day. At approximately 2:45 a.m., BPA-I Moretti saw three individuals (later identified as Enrique VIZZUET-Chavez, Antonio VIZZUET-Chavez, and Felix Jesus MENDOZA-Salinas) walk towards room 101 and enter the room.

21. At approximately at 2:55 a.m., six individuals exited room 101. Those individuals included Enrique VIZZUET-Chavez, Antonio VIZZUET-Chavez, and Felix Jesus MENDOZA-Salinas and three additional individuals later identified as David VIZZUET-Flores, Felipe VIZZUETT-Aguilar, and Mateo Ivan MENDOZA-Salinas. All six individuals

then entered a light brown SUV parked in the motel parking lot. At approximately 3:01 a.m., an agent stopped the SUV.

22. At approximately 3:03 a.m., the agent identified himself to the driver Enrique VIZZUET-Chavez and questioned Enrique VIZZUET-Chavez regarding his citizenship. Enrique VIZZUET-Chavez stated that he was a citizen and national of Mexico. All of the passengers said the same. After further interviewing, David VIZZUET-Flores, Felipe VIZZUETT-Aguilar, and Mateo Ivan MENDOZA-Salinas admitted to being smuggled on August 29, 2019, to being transported to the Sandpiper Motel, and to arranging to pay a smuggling fee of $8,000 each to Marcos ROMERO. At approximately 3:10 a.m., agents arrested all six individuals for being present in the United States illegally without the proper documentation. Agents then arranged for all six individuals to be transported to the Campo Border Patrol Station for further processing.

23. At the Campo Border Patrol Station, all individuals who were arrested in Costa Mesa, California were shown a 6 pack photo line-up containing Marcos ROMERO. All of the individuals identified Marcos ROMERO as being involved in the smuggling of their relatives and said he was the person whom they paid the smuggling proceeds to. All six individuals also stated that they were transported to the Sandpiper Motel in the **SUBJECT VEHICLE** after crossing into the United States illegally.

24. Following the arrests in Costa Mesa, California, CAO SIT monitored the **SUBJECT VEHICLE** based on a GPS tracker installed on the **SUBJECT VEHICLE**. CAO SIT monitored and confirmed that once Marcos

ROMERO conducted his last "buy out," Marcos ROMERO left the Sandpiper Motel at approximately 3:05a.m., and drove south towards the **TARGET RESIDENCE** in the **SUBJECT VEHICLE** without stopping anywhere else but the **TARGET RESIDENCE**. In my training and experience, I believe Marcos ROMERO took possession of all the smuggling proceeds that were collected at the Sandpiper Motel and transported them directly to the **TARGET RESIDENCE** in order to further distribute them or conceal them at the **TARGET RESIDENCE**.

### Pole Camera Activity since 5/24/2019

25. Records checks for ROMERO did not associate him with the **TARGET RESIDENCE**. Surveillance, however, indicates that he is using the residence as his primary residence and possibly using it as an illegal alien stash house. On May 24, 2019, CAO SIT agents deployed a pole camera on the **TARGET RESIDENCE**. From May 24, 2019 to the present time, CAO SIT agents have conducted daily surveillance of the **TARGET RESIDENCE**. Marcos ROMERO has been parking a blue Cadillac bearing CA plate 8BGR445 vehicle registered in his name outside **TARGET RESIDENCE** daily. Marcos ROMERO has entered and exited the **TARGET RESIDENCE** numerous times, consistent with the behavior of someone living at the **TARGET RESIDENCE**. Marcos ROMERO has been seen carrying personal belongings into the **TARGET RESIDENCE**, cleaning his car outside the **TARGET RESIDENCE**, and meeting individuals who then enter the **TARGET RESIDENCE** with him multiple times.

26. On August 22, 2019, at approximately 5:20 p.m., Border Patrol Agents observing via a pole cam located at **TARGET RESIDENCE** noticed Marcos ROMERO walk out of the **TARGET RESIDENCE** with a clear

280  plastic bag containing a green leafy substance consistent with the
281  characteristics of marijuana and also a water pipe consistent with
282  drug paraphernalia. MARCOS handed the drug paraphernalia to an
283  unidentified male (possibly a minor) and both entered a blue Cadillac
284  bearing California plate 8BGR445. They drove away at approximately
285  5:21 p.m.  At approximately 5:47 p.m., MARCOS and the unidentified
286  male returned to the **TARGET RESIDENCE** and exited the vehicle with
287  what appears to be a larger bag of green leafy substance consistent
288  with the characteristics of marijuana. They were also carrying food
289  from a restaurant and the water pipe consistent with drug
290  paraphernalia when they exited the vehicle. This activity is
291  consistent with a violation of Title 21 U.S.C. § 863 (drug
292  paraphernalia), and Title 21 U.S.C. § 844 (simple possession).
293  /
294  /
295  /
296  /
297  /
298  /
299  /
300  /
301  /
302  /
303  /
304  /
305  /

**SUMMARY**

27. Based on all of the facts and circumstances, I believe that the **TARGET RESIDENCE** is being utilized as a home base to operate an illicit alien and narcotics smuggling business. I believe that probable cause exists to search 1044 Ardilla Place, Chula Vista, California, 91910 (**TARGET RESIDENCE**, as described further in Attachment A), for evidence of violations of Title 8, United States Code, Section 1324, and Title 21, United States Code, Sections 863 and 844, including all items described in Attachment B.

SUBSCRIBED TO AND SWORN TO
BEFORE ME THIS DAY
6th OF September, 2019.

_____
Leonardo Contreras
U.S. Border Patrol Agent (I)


_____
The Honorable **Barbara L. Major**
United States Magistrate Judge

**ATTACHMENT A**

**PREMISES TO BE SEARCHED**

1. The **TARGET RESIDENCE** is more specifically described as follows: The property is located at 1044 Ardilla Place, Chula Vista, California, 91910. The residence located on this property is a two-story single family structure. It is on the south side of North Rancho Del Rey Parkway and is situated to the east of Paseo Rosal. The structure is light tan in color with white trimmings and dark brown roofing tiles. The rear of the property is fenced in with a wooden fence. A driveway runs from the street to the front side of the property and attaches to a two car garage. The front door to the residence is located on the west side of the driveway facing north on Ardilla Place. The numbers "1044" are marked with a white background and black lettering on the sidewalk just at the north end of the driveway. Photographs of the **Target Premises** are attached as Exhibit 1 to this attachment.

2. The **SUBJECT VEHICLE** a blue Cadillac CTS with Vin 1G6DA5E52C0140199 and CA plate 8BGR445. It is registered to Marcos ROMERO at 181 Willow Rd. Space 8, San Ysidro, CA 92173.

The areas to be searched include: (a) the residence on the **Target Premises**, including all rooms, porches, containers, and safes; and (b) any other parts of the **Target Premises**, including its driveway and any garages, carports, storage spaces, or other outbuildings on the **Target Premises** (c) the interior of **Subject Vehicle**, including driver side and passenger side, glove box and center console, trunk, and engine compartment.

**Exhibit 1**





354



355

17

**ATTACHMENT B**

**ITEMS TO BE SEIZED**

The following evidence to be searched for and seized pertains to violations of Title 8, United States Code Section 1324 and Title 21, United States Code, Sections 863 and 844:

1. Narcotics and alien-smuggling arrangements;
2. Names of coordinators and drivers of narcotics and smuggled aliens;
3. Lists containing names of smuggled aliens, along with their destination and/or fees paid or to be paid;
4. Registrations of vehicles used in the smuggling and transporting of narcotics and illegal aliens;
5. Financial records and bank statements recording the receipt of money from all smuggling;
6. Telephone tolls of calls relating to narcotics and alien-smuggling arrangements;
7. Money orders, and money order receipts, as well as U.S. and foreign currency proceeds from narcotics and alien smuggling;
8. Unregistered firearms and firearms in violation of the law;
9. Narcotics, measuring scales, and paraphernalia.